**Supplemental Meet and Confer Statement**

Pursuant to District of Minnesota Local Rule 7.1, undersigned counsel for Plaintiff certifies that on July 31, 2026 they met and conferred with counsel for Defendants, Harvest Best Academy, Mastery School, and Hospitality House Youth Development regarding the relief sought in Plaintiff's Motion to Proceed Pseudonymously. Defendant, Aaron James Hjermstad is incarcerated, has not yet been served with the Complaint, and counsel has not yet entered an appearance on his behalf.  As such, undersigned counsel was unable to meet and confer with Defendant Hjermstad.  All other parties concur in the Motion and do not object to the relief sought therein.

Respectfully Submitted,

Dated: August 3, 2026

/s/ Tyler K. Cottrill
Tyler K. Cottrill (MN Bar. No 0403040)
266 East 7th Street, Suite 300
St. Paul, MN 55101
Phone: 651-450-8812
tyler@sandlawnd.com
*Attorney for Plaintiff*

**Certificate of Service**

I hereby certify that the foregoing document was served via electronic mail upon the following parties:

Kristen J. Hansen, Esq.
Wells Fargo Plaza
7900 Xerxes Avenue South, Suite 1920
Bloomington, MN 55431
khansen@stitchlaw.com
*Attorney for Hospitality House Youth Development*

Christian R. Shafer, Esq.
444 Cedar Street, Suite 2100
St. Paul, MN 55101
Phone: 612-339-0060
crs@ratwiklaw.com
*Attorney for Defendant Harvest Best Academy and Mastery School*

Dated: 8/3/2026

Sand Law, PLLC

By: */s/ Tyler K. Cottrill*
*Attorney for Plaintiffs*
266 East Seventh Street
Suite 300
St. Paul, MN 55101
Phone: 651-450-8812
Fax: 888-795-1753
Email: Tyler@sandlawnd.com