**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

J.N.

Plaintiff,

v.

BEST ACADEMY D/B/A HARVEST BEST
ACADEMY; MASTERY SCHOOL, INC.
D/B/A MASTERY SCHOOL; HOSPITALITY
HOUSE YOUTH DEVELOPMENT; AND
AARON JAMES HJERMSTAD

Defendants

Case No. 0:26-cv-03014-JWB-
DLM


STIPULATION TO PROCEED
UNDER PSEUDONYM

---

### <u>STIPULATION CONCERNING PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY</u>

AND NOW, comes Plaintiff, by and through undersigned counsel, and Defendants Best Academy d/b/a Harvest Best Academy, Mastery School, Inc. d/b/a Mastery School, and Hospitality House Youth Development, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Counsel for Plaintiff and counsel for Defendants Best Academy d/b/a Harvest Best Academy ("Harvest Best"), Mastery School, Inc. d/b/a Mastery School ("Mastery School") and Hospitality House Youth Development ("Hospitality House") met and conferred on July 31, 2026, regarding Plaintiff's anticipated Motion to Proceed Anonymously.

2. To protect Plaintiff's privacy and to prevent further harm from public disclosure of his identity, the parties stipulate and agree that Plaintiff may proceed in this action using only his initials, "J.N.," in all publicly filed pleadings, motions, filings, and other papers submitted to the Court, and in all publicly available records of these proceedings.

1

3.      Plaintiff's true identity has been disclosed to Defendants and their counsel in confidence solely for purposes of this litigation. The parties agree to treat Plaintiff's true identity as confidential and to use it only for purposes reasonably necessary for the defense of this action.

4.      This stipulation is without prejudice to any party's right to seek further protection from the Court or to request modification of this stipulation for good cause shown.

5.      The parties respectfully request that the Court enter an Order approving this stipulation and permitting Plaintiff to proceed by his initials in this action.

Respectfully Submitted,

Dated: August 3, 2026

*/s/ Tyler K. Cottrill*
Tyler K. Cottrill (MN Bar. No 0403040)
266 East 7th Street, Suite 300
St. Paul, MN 55101
Phone: 651-450-8812
tyler@sandlawnd.com
*Attorney for Plaintiff*


*/s/ Christian R. Shafer*
Christian R. Shafer
444 Cedar Street, Suite 2100
St. Paul, MN 55101
Phone: 612-339-0060
crs@ratwiklaw.com
*Attorney for Defendant Harvest Best*
*Academy and Mastery School*

*/s/ Kirsten J. Hansen*
Kirsten J. Hansen
Wells Fargo Plaza
7900 Xerxes Avenue South, Suite 1920
Bloomington, Minnesota 55431
khansen@stitchlaw.com
*Attorney for Hospitality House Youth*
*Development*

## Certificate of Service

I hereby certify that the foregoing document was served via electronic mail upon the following parties:

Kristen J. Hansen, Esq.
Wells Fargo Plaza
7900 Xerxes Avenue South, Suite 1920
Bloomington, MN 55431
khansen@stitchlaw.com
*Attorney for Hospitality House Youth Development*

Christian R. Shafer, Esq.
444 Cedar Street, Suite 2100
St. Paul, MN 55101
Phone: 612-339-0060
crs@ratwiklaw.com
*Attorney for Defendant Harvest Best Academy and Mastery School*

Dated: 8/3/2026

Sand Law, PLLC

By: */s/ Tyler K. Cottrill*
*Attorney for Plaintiffs*
266 East Seventh Street
Suite 300
St. Paul, MN 55101
Phone: 651-450-8812
Fax: 888-795-1753
Email: Tyler@sandlawnd.com