# UNITED STATES DISTRICT COURT
## District of Minnesota

J.N.

Plaintiff,

v.

Best Academy, Mastery School, Inc., Hospitality House Youth Development, Aaron James Hjermstad,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Case Number: 26cv3014 JWB/DLM

It appearing that defendant(s) Aaron James Hjermstad is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, J.N.

DEFAULT IS HEREBY ENTERED against Aaron James Hjermstad.

KATE M. FOGARTY, CLERK

Date: 10/13/26